# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ADAM J. HAMMOND & GERALD J. IWANEJKO, JR., | : No. 251 WAL 2020 |
| | : |
| | : |
| Petitioners | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| UNITED STATES LIABILITY INSURANCE COMPANY & GROUP AND MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN P.C., | : |
| | : |
| | : |
| | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.